# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Mar 04, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
Jake Milo Rupe

*Defendant(s)*

Case No. 5:26-mj-00011-CDB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 22, 2026 in the county of Kern in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC § 922(g)(1) | Felon in Possession of a Firearm |
| 18 USC § 1704 | Possession of Counterfeit Postal Keys |
| | Maximum Penalties: 10 years imprisonment; $250,000 fine; Up to 3 years of Supervised Release; $100 special assessment for each crime of conviction |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

Daniel Croonquist
*Complainant's signature*

Daniel Croonquist, Postal Inspector
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: March 4, 2026

*Judge's signature*

City and state: Bakersfield, CA

Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Croonquist, being duly sworn, state as follows:

## I. AGENT BACKGROUND AND APPLICABLE LAWS

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since 2016. I am assigned to the Bakersfield Field Office. I have received extensive training in investigating mail and identity theft-related crimes and have conducted many such investigations in my time with the USPIS.

2. Title 18, United States Code, Section 922 (g)(1), states that it is illegal for anyone, who knows that he or she has been convicted of a felony crime punishable by a term of imprisonment exceeding one year, to knowingly possess a firearm or ammunition that has been transported in interstate or foreign commerce.

3. Title 18, United States Code, Section 1704, states that it is illegal for anyone to knowingly possess a counterfeit postal key that can access a mailbox with the intent to use the key to steal mail.

4. This Affidavit is made in support of a criminal complaint charging Jake Milo Rupe ("Rupe") with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922 (g)(1), and possessing counterfeit postal keys in violation of Title 18, United States Code, Section 1704. The Affidavit serves only to establish probable cause for the issuance of a criminal complaint and arrest warrant for Rupe. It does not contain all the facts that I know about the case. The Affidavit is based on my training and experience, personal involvement in this case, and communications with other law enforcement officers and witnesses in the case.

## II. STATEMENT OF PROBABLE CAUSE

5. According to body-worn camera footage and police reports prepared by the California Highway Patrol ("CHP"), on January 22, 2026, at approximately 2:25 a.m., CHP officers pulled over a vehicle occupied by Jessica Rianne Vesely-Gilbert (driver), Jake Milo Rupe ("Rupe") (front right passenger), and Christopher Mason Moore (rear right passenger) after the vehicle failed to come to a complete stop at a red traffic light. After the vehicle was stopped, CHP officers determined the driver (Vesely-Gilbert) had an expired driver's license. Additionally, CHP officers observed a stack of mail in

plain view and recognized Moore sitting in the back seat of the vehicle. CHP officers previously arrested Moore in April 2025 for mail theft-related offenses. All three occupants were instructed to exit the vehicle and were detained. CHP officers handcuffed Rupe and asked if he had any weapons on his person. Rupe stated he had a pocketknife on him. CHP officers retrieved the pocketknife and continued to pat down Rupe for additional weapons. CHP officers then noticed something bulging out of Rupe's front right pants pocket. CHP officers pulled the item out of Rupe's pocket and noticed it was a long metal rod shaved into a key. I later observed the key and confirmed based on my training and experience it was a counterfeit United States Postal Service ("USPS") arrow key. Traditional USPS arrow keys have a unique cut pattern that is easily distinguishable from other types of keys.

6. Based on my training and experience, USPS arrow keys and modified arrow lock ("MAL") keys are postal keys that the USPS issues to mail carriers so that they can access mailboxes in certain cities and zip codes. This includes community mailboxes in apartment buildings and other neighborhoods. Arrow and MAL keys are specifically designed to open unique locks the USPS installs on these types of mailboxes so that only authorized personnel can access them. Therefore, people involved in mail theft commonly manufacture counterfeit USPS arrow and MAL keys so that they can illegally access community mailboxes to steal mail.

7. Record checks of both Rupe and Moore revealed they each had felony warrants, so they were placed under arrest for their respective warrants. During a complete search of Rupe's person incident to arrest, CHP officers located several debit/credit cards and one California driver's license which did not belong to Rupe. CHP officers also located another shaved key in Rupe's back pocket. I later observed the key and determined based on my training and experience that the key was consistent with a counterfeit USPS MAL key. I compared the key to other known counterfeit MAL keys and found they had the same characteristics. Below is a picture of the counterfeit postal keys found on Rupe:



8. When CHP officers placed Rupe in the back seat of a patrol vehicle, Rupe spontaneously stated there was a loaded firearm under the front right passenger seat where he was sitting. CHP officers retrieved the firearm from the vehicle where Rupe said it would be. The firearm was a black Springfield Armory XDM Elite 9-millimeter pistol bearing serial number BA519179. The pistol contained a magazine loaded with ten rounds and one round in the chamber. As described further below, subsequent investigation confirmed the pistol was originally purchased outside of the state of California. Below is a picture of the recovered pistol:



9. CHP officers searched the vehicle and located suspected stolen mail, additional keys, checks, debit/credit cards, and other evidence of mail or identity theft that did not belong to any of the occupants throughout the vehicle. The vehicle was later towed.

10. Rupe was read his Miranda rights to which he understood and agreed to a voluntary interview.

11. During the interview, Rupe stated he purchased the pistol from a "friend of a friend" and confirmed the pistol was his. Rupe also acknowledged he knew he was a convicted felon and knew he was not supposed to be in possession of a firearm. In addition to the pistol, Rupe also claimed ownership of all the contents found in a black backpack located in the front right passenger seat area where he had been sitting. The items in that black backpack included numerous checks that appeared to have been taken from mail circulation, keys, and miscellaneous tools. I know from my training and experience that counterfeit USPS arrow keys of the kind Rupe had on his person are often used by mail thieves to steal checks of the kind found in Rupe's black backpack. Rupe admitted to stealing mail in the past but denied stealing the mail found in the vehicle. Rupe stated the cards and checks in his possession were given to him by other people.

12. Based on my training and experience, the evidence recovered during the investigation along with Rupe's statements show that Rupe knowingly possessed the recovered pistol and counterfeit postal keys and intended to use the keys to steal mail.

13. I reviewed Kern County Superior Court and criminal history records for Rupe, which showed in September 2011, Rupe pleaded guilty to grand theft of a firearm in violation of California Penal Code Section 487(d)(2) and was sentenced to four years in state prison. Additionally, I found that in November 2022, Rupe pleaded guilty to being a felon in possession of a firearm in violation of California Penal Code Section 29800(a)(1) and was sentenced to two years and eight months in state prison.

14. On February 10, 2026, I reviewed a summary report of firearm purchase records that was prepared by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), which is a federal agency that is responsible for tracking firearms sales in the United States. The report confirmed that the pistol with serial number BA519179 recovered during the investigation was originally purchased in

Utah in 2024 and so necessarily traveled in interstate commerce to be found in California. I also know, based on my training and experience as well as consultation with the ATF, that the pistol was manufactured outside California.

## III. CONCLUSION

15. Based on the above evidence, I submit there is probable cause to believe that, on January 22, 2026, in Kern County and the Eastern District of California, Rupe unlawfully possessed a firearm and counterfeit postal keys in violation of Title 18, United States Code, Sections 922(g) and 1704.

Respectfully submitted,

Daniel Croonquist

Daniel Croonquist
United States Postal Inspector

Approved as to form:

/s/ Calvin Lee
Calvin Lee,
Assistant United States Attorney

Affidavit submitted by email and pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim P. 4(d) and 4.1 before me this March 4, 2026.

The Honorable Christopher D. Baker
United States Magistrate Judge